**Order filed January 26, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00921-CV
_____

## IN THE INTEREST OF C.M.-L.G. AKA K.M.G, K.D.D. AND K.D.D., CHILDREN

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-05863J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Both the father, E.D., and the mother, M.D.Y., filed notices of appeal. Appellants' briefs were due on January 9, 2017. Appellant E.D., represented by appointed counsel, Donald M. Crane, filed his brief on January 9, 2017. Appellant M.D.Y., represented by appointed counsel, William M. Thursland, filed a second request for an extension of time on January 9, 2017, but no brief.

On January 11, 2017, this court denied the motion and ordered appellant M.D.Y.'s appointed counsel, William M. Thursland, to file a brief on or before January 23, 2017. No brief was filed. Accordingly, we issue the following order.

We ORDER the judge of the 313th District Court to immediately conduct a hearing to determine (1) the reason for the failure to file a brief; (2) whether appellant M.D.Y. desires to continue this appeal; and (3) if appellant desires to continue the appeal, a date certain when appellant's brief will be filed. The judge shall appoint new appellate counsel for appellant M.D.Y. if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing, and supplemental clerk's record shall be filed with the clerk of this court on or before **February 10, 2017**.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Donovan.